# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00304-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HEDIBERTO SANDOVAL-CARDOZA,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the sentencing hearing previously set for 2:30 p.m., on Friday, November 13, 2009, is **VACATED**, and **RESET** to **1:30 p.m.**, Friday, November 13, 2009.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  November 12, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.